# EXHIBIT "1"

# EXHIBIT "1"



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

ELECTRONICALLY SERVED
03/27/2017 05:35:59 PM

**REA**
Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
De CASTROVERDE LAW GROUP
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Tel. 702.383.0606
Fax:702.383.8741
Email: Alex@decastroverdelaw.com
Email: Orlando@decastroverdelaw.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SILVIA SANDOVAL,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTSONS, LLC d/b/a ALBERTSONS;<br>DOES I-X, inclusive, and ROE<br>CORPORATIONS I-X, inclusive,<br><br>        Defendant, | CASE NO.: A-17-750493-C<br>DEPT NO.: XXX<br><br>**REQUEST FOR EXEMPTION<br>FROM ARBITRATION** |

Plaintiff SILVIA SANDOVAL through her attorney Orlando De Castroverde requests the Court exempt this action from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

a.    _____    Presents a significant issue of public policy;

b.    <u>XXX</u>    Involves an amount in issue in excess of $50,000 exclusive of interest and costs;

c. _____ Presents unusual circumstances which constitute good cause for removal from the program.

A specific summary of the facts which supports Plaintiff's contention from exemption is as follows:

On or about July 5, 2015, Plaintiff was a patron at the Albertsons located at 1650 N Buffalo Dr. in Las Vegas, NV 89128. While walking near a flower stand, Plaintiff slipped on a wet substance on the floor and fell. The wet substance on the floor appeared to be water. There were no signs or other objects warning of the unsafe and dangerous condition. The flooring was not appropriate for its intended use. As a result of the slip and fall, Plaintiff suffered bodily injury, pain and suffering.

Following the incident, Plaintiff presented to Central Las Vegas Spine and Injury Center, where she was diagnosed with acute cervicobrachial syndrome with posterior shoulder pain, facet syndrome, sprain/strain injuries of the thoracic paravertebral soft tissue structures, segmental dysfunction, acute facet syndrome sprain/strain injuries of the lumbar spine paravertebral soft tissue structures, with associated lumbar segmental dysfunction and pain; acute post traumatic headaches;  acute bilateral lower extremity radiating pain; acute sprain/strain injuries of the left shoulder soft tissue structures, edema; acute sprain/strain injuries of the right shoulder soft tissue structures, with associated pain and edema; acute sprain/strain injuries of the right elbow and forearm soft tissue structures, with associated pain and edema; acute sprain/strain injuries of the right knee soft tissue structures, with associated pain and edema; acute contusion and sprain/strain injuries of the right wrist and hand soft tissue structures, with associated pain and edema. Plaintiff was further evaluated by Dr. Jorg Rosler, who recommended

facet joint block injections. On October 26, 2015 Dr. Rosler performed right facet block injections. Then on February 29, 2016, Plaintiff underwent a second set of facet block injections and a third set of facet block injections on April 18, 2016.

Plaintiff's medical specials to date are as follows:

**Medical Specials to Date:**

| | |
|---|---|
| Las Vegas Radiology | $ 3,750.00 |
| Las Vegas Spine & Rehabilitation | $ 5,963.00 |
| Interventional Pain and Spine Institute | $23,925.00 |
| Surgical Arts Center | $34,575.00 |
| Western Regional Center for Brain & Spine Surgery | $ 1,825.00 |
| Summit Anesthesia Consultants | $ 600.00 |
| Anesthesiology Consultants | $ 1,680.00 |
| Nevada Muscle & Nerve | $14,100.00 |
| PBS Anesthesia | $ 750.00 |
| **Total** | **$87,168.00** |

In light of Plaintiff's past medical specials and past and future pain and suffering, this case has a probable value of more than $50,000.00.

I certify that pursuant to NRCP 11 that this case is within the exemption marked above, and I am aware of the sanctions that may be imposed against any attorney or party who without food cause or justification attempts to remove a case from the arbitration program.

DATED this 27 day of March, 2017.

DE CASTROVERDE LAW GROUP

By: _____
Orlando De Castroverde
Nevada Bar No. 7320
Peter Petersen
Nevada Bar No. 14256
1149 S. Maryland Pkwy
Las Vegas, NV 89104
702.383.0606
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of De CASTROVERDE LAW GROUP and that on the ___ day of March, 2017, I caused a the foregoing to be served via the Court's electronic filling and service systems ("Wiznet") to all parties on the current service list.

_____
An employee of De Castroverde Law Group

Electronically Filed
03/10/2017 09:18:56 AM

*[signature]*

CLERK OF THE COURT

1  **SUMM**
   Alex J. De Castroverde
2  Nevada Bar No. 6950
   Orlando De Castroverde
3  Nevada Bar No. 7320
   **DE CASTROVERDE LAW GROUP**
4  1149 S. Maryland Pkwy
   Las Vegas, NV 89104
5  702.383.0606
   Fax: 702.383.8741
6  Email: Alex@decastrovedelaw.com
   Email: Orlando@decastroverdelaw.com
7  Attorney for Plaintiff

8                    **DISTRICT COURT**

9                 **CLARK COUNTY, NEVADA**

10 SILVIA SANDOVAL,                        CASE NO.: A-17-750493-C
                                           DEPT NO.: XXX
11        Plaintiff,

12 v.                                      **SUMMONS - CIVIL**

13 ALBERTSONS, LLC d/b/a Albertsons;
   DOES I-X, inclusive, and ROE
14 CORPORATIONS I-X, inclusive,

15        Defendants.

16

17 NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD
   UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
18
   **TO THE DEFENDANT:** A civil Complaint has been filed by the plaintiff against you for the relief set forth in
19 the Complaint.

20                **ALBERTSONS, LLC d/b/a Albertsons**

21 1.   If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of
        the day of service, you must do the following:
22
        a. File with the Clerk of this Court, whose address is shown below, a formal written response to the
23         Complaint in accordance with the rules of the Court.
        b. Serve a copy of your response upon the attorney whose name and address is shown below.
24
   2.   Unless you respond, your default will be entered upon application of the plaintiff and this Court may
25      enter a judgment against you for the relief demanded in the Complaint, which could result in the
        taking of money or property or other relief requested in the Complaint.
26
   3.   If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your
27      response may be filed on time.

28 4.   The State of Nevada, its political subdivisions, agencies, officers, employees, board members,
        commission members and legislators each have 45 days after service of this Summons within which
        to file an Answer or other responsive pleading to the Complaint. .

Submitted by:

DE CASTROVERDE LAW GROUP

By: _____
Orlando De Castroverde
Nevada Bar No. 7320
Carlos Blumberg
Nevada Bar No. 7607
1149 S. Maryland Pkwy
Las Vegas, NV 89104
Attorneys for Plaintiff
(702) 383-0606

CLERK OF THE COURT   FEB 0 3 2017

By: _____
Deputy Clerk          Date
Regional Justice Center
200 Lewis Avenue          DREANNA HOGANS
Las Vegas, NV 89155

**NOTE: When services is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

- 2 -

IN THE EIGHTH JUDICIAL DISTRICT COURT
IN AND FOR THE COUNTY OF CLARK

SILVIA SANDOVAL,
                    Plaintiff(s),
         VS.                                          CASE NO:   A-17-750493-C
ALBERTSONS, LLC d/b/a ALBERTSONS,
                    Defendant(s),

Declaration of Service

STATE OF NEVADA
COUNTY OF WASHOE          ss.:

KATHERINE BURRESS-SCHNEIDER, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the SUMMONS - CIVIL; COMPLAINT On 2/15/2017 and served the same on 2/16/2017 at 1:00 PM by delivery and leaving a copy with:

KAELI BIGGIN - PROCESS SPECIALIST, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of THE CORPORATION TRUST COMPANY OF NEVADA, registered agent for ALBERTSONS, LLC d/b/a ALBERTSONS, at the registered address of:

701 S Carson St Ste 200, Carson City, NV 89701-5239

A description of KAELI BIGGIN is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|--------|-------------------|------|-----|--------|--------|
| Female | White - Non Hispanic | Blond | 18 - 25 | 5'0 - 5'6 | 120-140 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 3/5/2017
by KATHERINE BURRESS-SCHNEIDER

No notary is required per NRS 53.045

X _____
KATHERINE BURRESS-SCHNEIDER
Registration#:
KC INVESTIGATIONS
1148 S. MARYLAND PKWY
LAS VEGAS, NV 89104
(702) 738-4902

Order#: R6324 NVPRF411

Electronically Filed
02/02/2017 12:20:21 PM

CLERK OF THE COURT

**COMP**
Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.383.0606
Fax: 702.383.8741
Email: alex@decastroverdelaw.com
Email: orlando@decastroverdelaw.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

SILVIA SANDOVAL,

    Plaintiff,

v.

ALBERTSONS, LLC d/b/a ALBERTSONS;
DOES I-X, inclusive, and ROE
CORPORATIONS I-X, inclusive,

    Defendants.

CASE NO.: A-17-750493-C
DEPT NO.: XXX

COMPLAINT

Comes Now, Plaintiff SILVIA SANDOVAL, by and through her attorneys of record, Alex De Castroverde and Orlando De Castroverde, and complains against Defendant as follows:

### Jurisdiction and General Allegations

1. All the events alleged in this Complaint took place in Clark County, Nevada.

2. Plaintiff, SILVIA SANDOVAL (hereinafter referred to as "Plaintiff"), is, and at all times mentioned in this Complaint was, a resident of Clark County, Nevada.

3. Upon information and belief, Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, ("Defendant"), is, and at all times mentioned in this Complaint was, a foreign corporation doing business in Clark County, Nevada.

1

4. The true names and capacities of the Defendants DOE I through X and the Defendants ROE I through X are unknown to Plaintiff at this time. Therefore, Plaintiff sues these Defendants by such fictitious names and when their true names and capacities are ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff believes each of these Defendants designated as a DOE or ROE is responsible in some manner for the injuries and damages suffered by Plaintiff.

<u>**Specific Allegations**</u>

5. On or about July 5, 2015, Plaintiff was a patron at the ALBERTSONS located at 1650 N Buffalo Dr. in Las Vegas, NV 89128.

6. While walking near a flower stand, Plaintiff slipped on a wet substance on the floor and fell.

7. The wet substance on the floor appeared to be water.

8. There were no signs or other objects warning of the unsafe and dangerous condition.

9. The flooring was not appropriate for its intended use.

10. As a result of the slip and fall, Plaintiff suffered bodily injury, pain and suffering.

<u>**First Cause of Action – Negligence**</u>

11. Plaintiff re-alleges paragraphs 1 through 10 as though fully set forth herein.

12. Defendant owed Plaintiff a duty to maintain its premises in a reasonably safe condition and to warn customers of dangerous conditions.

13. By creating or permitting a dangerous condition to exist on its premises and failing to warn of such condition, Defendant breached that duty.

2

14. As a proximate result of that breach, Plaintiff has suffered damages, which include but are not limited to bodily injury, past and future medical specials, past and future pain and suffering, and mental anguish.

**Second Cause of Action – Negligent Hiring, Training, Supervision, and Retention**

15. Plaintiff re-alleges paragraphs 1 through 14 as though fully set forth herein.

16. Defendant had a duty to adequately hire, train, supervise, and retain its employees and/or other persons and/or entities responsible for the inspection of the Property to ensure that a safe environment was provided for its invitees and/or licensees.

17. Defendant breached its duty in that it failed to hire responsible employees, failed to train its employees to keep the premises safe for customer use, failed to supervise its employees, and retained employees that displayed unsafe practices.

18. These failures led to Defendant's employees failing to recognize a slip and fall hazard, failing to remedy the hazard, and failing to warn customers of the hazard.

19. These failures proximately led to Plaintiff's slip and fall and resulting injuries.

**Third Cause of Action—Vicarious Liability/Respondeat Superior**

20. Plaintiff re-alleges paragraphs 1-19 as though fully set forth herein.

21. Employers, masters, and principals are vicariously liable for the torts committed by their employees, servants, and agents if the tort occurs while the employee, servant or agent was acting in the course and scope of employment.

22. Accordingly, pursuant to N.R.S. 41.130, Defendant is vicariously liable for the damages caused by its employees' actions and negligence, further

3

encompassing the actions of those hired by Defendant to maintain the premises and equipment. N.R.S. 41.130 states as follows:

> Except as otherwise provided in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for the conduct of the person causing the injury, that other person or corporation so responsible is liable to the person injured for damages.

23. Defendant was the employer, master, and principle of the remaining Defendants and other employees, agents, independent contractors and/or representatives who negligently failed to inspect, maintain and warn of dangerous conditions in and about the common walkways on the property.

<u>**Conclusion**</u>

Plaintiff has been required to retain the services of an attorney to prosecute this action.

**WHEREFORE**, Plaintiff, expressly reserving the right to amend this Complaint, prays for judgment against Defendant as follows:

1.     General damages in excess of $15,000;

2.     Special damages in excess of $15,000

3.     Attorney's fees and costs;

4.     Interest at the statutory rate; and

//

//

4

5.    For such other and further relief as the Court deems just and proper.

DATED: 16 January 2017.

DE CASTROVERDE LAW GROUP

By: _____
Orlando De Castroverde
Nevada Bar No. 7320
Alex De Castroverde
Nevada Bar No. 6950
Kimberly Valentin
Nevada Bar No. 12509
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

5

ELECTRONICALLY SERVED
03/06/2017 05:03:19 PM

**CONS**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Defendant,
ALBERTSONS, LLC

## DISTRICT COURT
## CLARK COUNTY, NEVADA

SILVIA SANDOVAL,

    Plaintiff,

v.

ALBERTSONS, LLC d/b/a
ALBERTSONS; DOES I – X, and ROE
CORPORATIONS I - X, inclusive,

    Defendants.

CASE NO.:  A-17-750493-C
DEPT. NO.: XXX

## CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM

    The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties:  ALBERTSONS, LLC.

    Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@moranlawfirm.com; d.nocedal@moranlawfirm.com.

    It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 6th day of March, 2017.

MORAN BRANDON BENDAVID MORAN

/s/ Lew Brandon, Jr., Esq.
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
KRIS D. KLINGENSMITH, ESQ.
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on the 6th day of March, 2017, I served the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** via the Court's electronic filing and service systems to all parties on the current service list.

**ALEX J. DE CASTROVERDE, ESQ.**
Nevada Bar No. 6950
**ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Parkway
Las Vegas, Nevada  89104
(702) 383-0606
(702) 383-8741 – Facsimile
alex@decastroverdelaw.com
orlando@decastroverdelaw.com
Attorneys for Plaintiff,
SILVIA SANDOVAL

/s/ Darcy Flores-Laguna
An Employee of Moran Brandon Bendavid Moran



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

Electronically Filed
03/06/2017 05:02:32 PM

CLERK OF THE COURT

1    **ANSC**
    **LEW BRANDON, JR., ESQ.**
2    Nevada Bar No. 5880
    **KRIS D. KLINGENSMITH, ESQ.**
3    Nevada Bar No. 13904
    **MORAN BRANDON BENDAVID MORAN**
4    630 S. Fourth Street
    Las Vegas, Nevada 89101
5    (702) 384-8424
    (702) 384-6568 - *facsimile*
6    *l.brandon@moranlawfirm.com*
    Attorneys for Defendant,
7    ALBERTSONS, LLC
8

9                    **DISTRICT COURT**
                    **CLARK COUNTY, NEVADA**
10

11   SILVIA SANDOVAL,

12            Plaintiff,                    CASE NO.:  A-17-750493-C
                                           DEPT. NO.: XXX
13   v.

14   ALBERTSONS, LLC d/b/a
     ALBERTSONS; DOES I – X, and ROE
15   CORPORATIONS I - X, inclusive,

16
              Defendants.
17

18       **DEFENDANT, ALBERTSONS, LLC'S ANSWER TO**
                **PLAINTIFF'S COMPLAINT**
19

20            COMES NOW, Defendant, ALBERTSONS, LLC, by and through its undersigned

21   attorneys, LEW BRANDON, JR., ESQ. and KRIS D. KLINGENSMITH, ESQ. of MORAN

22   BRANDON BENDAVID MORAN, and hereby answers the Plaintiff's Complaint on file herein

23   as follows:

24        1.    Answering Paragraphs 1, 2, 4, 5, 6, 7 and 8 of Plaintiff's Complaint on file herein,

26   Defendant is without sufficient knowledge or information to form a belief as to the truth or

27   falsity of the said allegations and therefore denies same.

28

**MBBM**
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568

2.   Answering Paragraphs 3, 9 and 10 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

### FIRST CAUSE OF ACTION - NEGLIGENCE

3.   Answering Paragraph 11 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 10 as fully set forth herein.

4.   Answering Paragraph 12 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

5.   Answering Paragraph 13 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations that by creating or permitting a dangerous condition to exist on its premises and failing to warn of such condition and therefore denies same.  The remainder of Paragraph 13 is hereby denied.

6.   Answering Paragraph 14 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

### SECOND CAUSE OF ACTION – NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION

7.   Answering Paragraph 15 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 14 as fully set forth herein.

8.   Answering Paragraph 16 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

MB
BM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

Page 2 of 6

9.      Answering Paragraphs 17, 18 and 19 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

## THIRD CAUSE OF ACTION –VICARIOUS LIABILITY/RESPONDEAT SUPERIOR

10.     Answering Paragraph 20 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation in Paragraphs 1 through 19 as fully set forth herein.

11.     Answering Paragraphs 21, 22 and 23 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

## CONCLUSION

12.     Answering the Conclusion Paragraph (*not numbered – sic*) of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

13.     Any allegation not addressed herein is thereby denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiffs did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiffs are thereby barred from recovery.

### SIXTH AFFIRMATIVE DEFENSE

Pursuant to NRCP 11, as amended:  All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

### SEVENTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

///

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

806 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

1

### EIGHTH AFFIRMATIVE DEFENSE

2

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint,

3

acted with due care and circumspection in the performance of any and all duties imposed on it.

4

### NINTH AFFIRMATIVE DEFENSE

5

6

That it has been necessary of the Defendant to employ the services of an attorney to

7

defend the action and a reasonable sum should be allowed Defendant for attorney's fees,

8

together with costs of suit incurred herein.

9

### TENTH AFFIRMATIVE DEFENSE

10

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to

11

12

mitigate any damages awarded to Plaintiff, should be reduced accordingly.

### ELEVENTH AFFIRMATIVE DEFENSE

13

14

Plaintiff's claims are barred by applicable statutes of limitations.

15

### TWELFTH AFFIRMATIVE DEFENSE

16

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's

17

medical providers and documents listed or presented by Plaintiff.

18

19

WHEREFORE, Defendant, ALBERTSONS, LLC, prays as follows:

20

1. That Plaintiff take nothing by way of her Complaint on file herein;

21

2. For reasonable attorney's fees and costs of suit incurred herein; and

22

///

23

///

24

///

25

///

26

27

28

MBBM

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 South 4th Street
Las Vegas, Nevada 89101
Phone :(702) 384-8424
Fax :(702) 384-6568

3.  For such other and further relief as the Court may deem just and proper in the premises.

DATED this 6th day of March, 2017.

MORAN BRANDON BENDAVID MORAN

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to NRCP 5(b), I hereby certify that on the 6th day of March, 2017, I served the foregoing **DEFENDANT, ALBERTSONS, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** via the Court's electronic filing and service systems to all parties on the current service list.

**ALEX J. DE CASTROVERDE, ESQ.**
Nevada Bar No. 6950
**ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Parkway
Las Vegas, Nevada  89104
(702) 383-0606
(702) 383-8741 – Facsimile
alex@decastroverdelaw.com
orlando@decastroverdelaw.com
Attorneys for Plaintiff,
SILVIA SANDOVAL

/s/ Darcy Flores-Laguna
An Employee of Moran Brandon Bendavid Moran

Electronically Filed
03/06/2017 05:03:42 PM

**CLERK OF THE COURT**

1

**DMJT**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880

2

**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904

3

**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street

4

Las Vegas, Nevada 89101
(702) 384-8424

5

(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*

6

Attorneys for Defendant,
ALBERTSONS, LLC

7

8

9                           **DISTRICT COURT**

10                     **CLARK COUNTY, NEVADA**

11   SILVIA SANDOVAL,

12          Plaintiff,                    CASE NO.: A-17-750493-C
                                          DEPT. NO.: XXX
13   v.

14   ALBERTSONS, LLC d/b/a

15   ALBERTSONS; DOES I – X, and ROE
     CORPORATIONS I - X, inclusive,

16

17          Defendants.

18                      **DEMAND FOR JURY TRIAL**

19          COMES NOW, Defendant, ALBERTSONS, LLC. by and through its attorneys of

20   record, LEW BRANDON, JR., ESQ. and KRIS D. KLINGENSMITH, ESQ. of MORAN

21   BRANDON BENDAVID MORAN, and hereby demands a Jury Trial in the above-entitled

22

23   ///

24   ///

25   ///

26   ///

27   ///

28

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

1  action.

2      DATED this 6th day of March, 2017.

3                          MORAN BRANDON BENDAVID MORAN

4                          /s/ Lew Brandon, Jr., Esq.
5                          **LEW BRANDON, JR., ESQ.**
                           Nevada Bar No. 5880
6                          **KRIS D. KLINGENSMITH, ESQ.**
                           Nevada Bar No. 13904
7                          630 S. Fourth Street
8                          Las Vegas, Nevada 89101
                           Attorneys for Defendant,
9                          ALBERTSONS, LLC.

10                    **CERTIFICATE OF SERVICE**

11      Pursuant to NRCP 5(b), I hereby certify that on the 6th day of March, 2017, I served the

12

13  foregoing **DEMAND FOR JURY TRIAL** via the Court's electronic filing and service systems

14  to all parties on the current service list.

15  **ALEX J. DE CASTROVERDE, ESQ.**
    Nevada Bar No. 6950
16  **ORLANDO DE CASTROVERDE, ESQ.**
17  Nevada Bar No. 7320
    **DE CASTROVERDE LAW GROUP**
18  1149 South Maryland Parkway
19  Las Vegas, Nevada 89104
    (702) 383-0606
20  (702) 383-8741 – Facsimile
    alex@decastroverdelaw.com
21  orlando@decastroverdelaw.com
22  Attorneys for Plaintiff,
    SILVIA SANDOVAL
23                          /s/ Darcy Flores-Laguna
                            An Employee of Moran Brandon Bendavid Moran
24

25

26

27

28


MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

656 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

Electronically Filed
03/06/2017 05:04:15 PM

1  **IAFD**
   **LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
   **KRIS D. KLINGENSMITH, ESQ.**
3  Nevada Bar No. 13904
4  **MORAN BRANDON BENDAVID MORAN**
   630 S. Fourth Street
5  Las Vegas, Nevada 89101
   (702) 384-8424
6  (702) 384-6568 - *facsimile*
7  *l.brandon@moranlawfirm.com*
   Attorneys for Defendant,
8  ALBERTSONS, LLC

**CLERK OF THE COURT**

9                    **DISTRICT COURT**
10                 **CLARK COUNTY, NEVADA**

11  SILVIA SANDOVAL,

12          Plaintiff,                     CASE NO.: A-17-750493-C
                                           DEPT. NO.: XXX
13  v.

14  ALBERTSONS, LLC d/b/a
15  ALBERTSONS; DOES I – X, and ROE
    CORPORATIONS I - X, inclusive,
16
17          Defendants.

18           **INITIAL APPEARANCE FEE DISCLOSURE**
19                      **(NRS CHAPTER 19)**

20          Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted

21  for parties appearing in the above-entitled action as indicated below:

22       1.  ALBERTSONS, LLC., Defendant ......................................$223.00
23
24  ///
25  ///
26  ///
27  ///
28

1  **TOTAL REMITTED**.................................................................**$223.00**

2  DATED this 6th day of March, 2017.

3                                      MORAN BRANDON BENDAVID MORAN

4                                      /s/ Lew Brandon, Jr., Esq.

5                                      **LEW BRANDON, JR., ESQ.**
                                       Nevada Bar No. 5880
6                                      **KRIS D. KLINGENSMITH, ESQ.**
                                       Nevada Bar No. 13904
7                                      630 S. Fourth Street
                                       Las Vegas, Nevada 89101
8                                      Attorneys for Defendant,
9                                      ALBERTSONS, LLC.

10                            <u>**CERTIFICATE OF SERVICE**</u>

11        Pursuant to NRCP 5(b), I hereby certify that on the 6th day of March, 2017, I served the
12
13  foregoing **INITIAL APPEARANCE FEE DISCLOSURE** via the Court's electronic filing

14  and service systems to all parties on the current service list.

15  **ALEX J. DE CASTROVERDE, ESQ.**
    Nevada Bar No. 6950
16  **ORLANDO DE CASTROVERDE, ESQ.**
17  Nevada Bar No. 7320
    **DE CASTROVERDE LAW GROUP**
18  1149 South Maryland Parkway
    Las Vegas, Nevada  89104
19  (702) 383-0606
20  (702) 383-8741 – Facsimile
    alex@decastroverdelaw.com
21  orlando@decastroverdelaw.com
    Attorneys for Plaintiff,
22  SILVIA SANDOVAL

23                                      /s/ Darcy Flores-Laguna
                                       An Employee of Moran Brandon Bendavid Moran
24

25

26

27

28



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-6568

Electronically Filed
03/06/2017 05:04:36 PM

1

2

3

4

5

6

7

8

**DSST**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorneys for Defendant,
ALBERTSONS, LLC

**CLERK OF THE COURT**

9

10

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

11

12

13

14

15

16

17

SILVIA SANDOVAL,

      Plaintiff,

v.

ALBERTSONS, LLC d/b/a
ALBERTSONS; DOES I – X, and ROE
CORPORATIONS I - X, inclusive,

      Defendants.

CASE NO.: A-17-750493-C
DEPT. NO.: XXX

18

19

20

21

22

23

24

25

26

27

28

### DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1

     The undersigned counsel of record for Defendant, ALBERTSONS, LLC., A DELAWARE LIMITED LIABILITY COMPANY hereby certifies that to their knowledge, ALBERTSONS, LLC.'s parent company is Albertson's Holding, LLC., a Delaware limited liability company, and is not publically traded.

///

///

///

MBBM

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 384-8424
FAX (702) 384-8569

Page 1 of 2

1   There are no other known interested parties other than those identified.

2       DATED this 6th day of March, 2017.

3                               MORAN BRANDON BENDAVID MORAN

4                               /s/ Lew Brandon, Jr., Esq.
5                               **LEW BRANDON, JR., ESQ.**
                                Nevada Bar No. 5880
6                               **KRIS D. KLINGENSMITH, ESQ.**
                                Nevada Bar No. 13904
7                               630 S. Fourth Street
8                               Las Vegas, Nevada 89101
                                Attorneys for Defendant,
9                               ALBERTSONS, LLC.

10                      **CERTIFICATE OF SERVICE**

11          Pursuant to NRCP 5(b), I hereby certify that on the 6th day of March, 2017, I served the
12
13  foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** via the Court's
14  electronic filing and service systems to all parties on the current service list.

15  **ALEX J. DE CASTROVERDE, ESQ.**
16  Nevada Bar No. 6950
    **ORLANDO DE CASTROVERDE, ESQ.**
17  Nevada Bar No. 7320
    **DE CASTROVERDE LAW GROUP**
18  1149 South Maryland Parkway
19  Las Vegas, Nevada  89104
    (702) 383-0606
20  (702) 383-8741 – Facsimile
    alex@decastroverdelaw.com
21  orlando@decastroverdelaw.com
22  Attorneys for Plaintiff,
    SILVIA SANDOVAL
23                              /s/ Darcy Flores-Laguna
                                An Employee of Moran Brandon Bendavid Moran
24

25

26

27

28