1 **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
2 **KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
3 **MORAN BRANDON BENDAVID MORAN**
4 630 S. Fourth Street
Las Vegas, Nevada 89101
5 (702) 384-8424
(702) 384-6568 - *facsimile*
6 l.brandon@moranlawfirm.com
7 Attorneys for Defendant,
ALBERTSONS, LLC
8
9 **ALEX J. DE CASTROVERDE, ESQ.**
Nevada Bar No. 6950
10 **ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
11 **DAVID MENOCAL, ESQ.**
Nevada Bar No. 13191
12 **KIMBERLY VALENTIN, ESQ.**
Nevada Bar No. 12509
13 **DE CASTROVERDE LAW GROUP**
14 1149 South Maryland Parkway
Las Vegas, Nevada 89104
15 (702) 383-0606
(702) 383-8741 – Facsimile
16 alex@decastroverdelaw.com
17 orlando@decastroverdelaw.com
Attorneys for Plaintiff,
18 SILVIA SANDOVAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| SILVIA SANDOVAL, | CASE NO.: 2:17-cv-00959-APG-PAL |
|---|---|
| Plaintiff, | |
| v. | |
| ALBERTSONS, LLC d/b/a ALBERTSONS; DOES I – X, and ROE CORPORATIONS I - X, inclusive, | **STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER** |
| Defendants. | **(FOURTH REQUEST)** |



# STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER
# (FOURTH REQUEST)

COMES NOW Defendant, ALBERTSONS, LLC., by and through its undersigned attorneys, LEW BRANDON, JR., ESQ. and KRIS D. KLINGENSMITH, ESQ. of MORAN BRANDON BENDAVID MORAN, and Plaintiff, by and through her attorneys, ALEX J. DE CASTROVERDE, ESQ. and ORLANDO DE CASTROVERDE, ESQ., of DE CASTROVERDE LAW GROUP, submit to the Court the following Stipulation and Order for Extension/Modification of the Discovery Plan and Scheduling Order (Fourth Request) pursuant to LR IA 6-1, LR 26-4 (a) and Court Order Document No. 26.

## I. Local Rule 6-1

Under LR IA 6-1(a) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

### A. The Requirement of Local Rule 6-1 Are Satisfied

This is the fourth request for extension filed by the parties. This extension is requested to allow for the deposition of Plaintiff's experts, Dr. Kaplan and Mr. Jennings, to be conducted.

## II. Local Rule 26-4(a)

Under LR 26-4 (a) a statement specifying the Discovery completed:

The parties have nearly completed the discovery phase in this matter. Both sides have sent and received written discovery in the form of Requests for Production, Requests for Admissions and Interrogatories. The Plaintiff and the percipient witnesses identified in her disclosures have been deposed by Defendant. The Plaintiff has deposed Defendant's FRCP 30(b)(6) witness and three of its employees/former employees. Experts have been disclosed by both parties.

///



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

### III. **Local Rule 26-4(b)**

Under LR 26-4(b) a specific description of the Discovery that remains to be completed:

The remaining Discovery to be completed includes the depositions of Plaintiff's experts.

### IV. **Local Rule 26-4(c)**

Under LR 26-4(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

The parties have been working diligently to adhere to the Discovery Plan and Scheduling Order and the subsequent extensions/modifications thereto. On April 6, 2018, the parties attended a private mediation before The Honorable Judge Gene T. Porter, which was unsuccessful in resolving this matter. On March 26, 2018, Defendant noticed the deposition of Plaintiff's experts, Dr. Stuart Kaplan and Mr. Thomas Jennings, which were to be conducted on April 9, 2016. Plaintiff's counsel indicated shortly thereafter that the experts were unavailable at the noticed date and time. The date and time provided for Mr. Jennings' deposition is May 1, 2018 and Plaintiff is currently obtaining availability for Dr. Kaplan. Dr. Jennings' availability falls beyond the current discovery cut-off and it is anticipated that Dr. Kaplan's will as well as the discovery cut-off date is April 16, 2018.

### V. **Local Rule 26-4(d)**

Under LR 26-4(d) a proposed schedule for completing all remains Discovery:

The parties are proposing to extending only the discovery cutoff deadline and date for the proposed joint pre-trial order for the sole purpose of conducting the depositions of the Plaintiff's experts, Mr. Jennings and Dr. Kaplan. However, as Plaintiff has yet to provide the availability of Dr. Kaplan for his deposition, Defendant may yet request additional time, as necessary, to conduct his deposition prior to Trial. Further, the parties agree that supplemental disclosures shall continue to be made, pursuant to FRCP 26, up and through thirty (30) days before Trial.

  (i)  Discovery Cutoff to be extended from April 16, 2018 until June 16, 2018 for the sole purpose of completing the depositions of Dr. Kaplan and Mr. Jennings;

  (ii)  Proposed Joint Pre-Trial Order date from June 18, 2018 until August 18, 2018.

  Therefore, good cause existing, counsel jointly request that this Honorable Court approve the above stipulation to continue the discovery cutoff until June 16, 2018 for the sole purpose of conducting the deposition of Plaintiff's expert, Mr. Jennings on May 1, 2018 and the deposition of Plaintiff's expert Dr. Kaplan to be conducted at a date and time to be provided by Plaintiff's counsel. Further, the parties stipulate that supplemental disclosures shall continue to be made, pursuant to FRCP 26.

  DATED this 12th day of April, 2018.

| DE CASTROVERDE LAW GROUP | MORAN BRANDON BENDAVID MORAN |
|---|---|
| */s/ Kimberly Valentin., Esq.* | */s/ Lew Brandon, Jr., Esq.* |
| **ALEX J. DE CASTROVERDE, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 6950 | Nevada Bar No. 5880 |
| **ORLANDO DE CASTROVERDE, ESQ.** | **KRIS D. KLINGENSMITH, ESQ.** |
| Nevada Bar No. 7320 | Nevada Bar No. 13904 |
| **DAVID MENOCAL, ESQ.** | 630 S. Fourth Street |
| Nevada Bar No. 13191 | Las Vegas, Nevada 89101 |
| **KIMBERLY VALENTIN, ESQ.** | Attorneys for Defendant, |
| Nevada Bar No. 12509 | ALBERTSONS, LLC |
| 1149 South Maryland Parkway | |
| Las Vegas, Nevada 89104 | |
| Attorneys for Plaintiff, | |
| SILVIA SANDOVAL | |

  **IT IS SO ORDERED.**

              U.S. Magistrate Judge

              Dated: April 16, 2018

