UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SILVIA SANDOVAL, | Case No. 2:17-cv-00959-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Stip Ext Time – ECF No. 43) |
| ALBERTSONS LLC, | |
| Defendant. | |

Before the court is the parties' Stipulation and Order (ECF No. 43) which requests an extension of the discovery plan and scheduling order deadlines.

Having reviewed and considered the parties' stipulation, the court will grant the parties' request to extend the discovery cutoff from June 16, 2018, to September 30, 2018, for the sole purpose of completing the deposition of Dr. Jorg Rosler whose deposition has now been set on the first date available for the doctor on September 6, 2018. However, the parties have provided no reason why the dispositive motion deadline or deadline for filing the joint pretrial order should be extended. The extension to depose Dr. Rosler is to examine him on his opinions about future costs plaintiff may incur which should have no bearing on the parties' ability to file dispositive motions or the joint pretrial order.

Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation Order (ECF No. 42) is **GRANTED** to the extent that the discovery cutoff is extended from June 16, 2018, to September 30, 2018, for the sole purpose of completing the deposition of Dr. Jorg, Rosler,

2. The deadline for filing dispositive motions is extended to **August 16, 2018.**

3. The deadline for filing the joint pretrial order is extended to **September 17, 2018**. If dispositive motions are timely filed, the deadline for filing the joint pretrial order is suspended until 30 days after decision of dispositive motions.

DATED this 6th day of July, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE