**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
Attorneys for Defendant,
ALBERTSONS, LLC

**ALEX J. DE CASTROVERDE, ESQ.**
Nevada Bar No. 6950
**ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
**KIMBERLY VALENTIN, ESQ.**
Nevada Bar No. 12509
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Parkway
Las Vegas, Nevada 89104
(702) 383-0606
(702) 383-8741 – Facsimile
alex@decastroverdelaw.com
orlando@decastroverdelaw.com
Attorneys for Plaintiff,
SILVIA SANDOVAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVIA SANDOVAL,<br><br>　　Plaintiff,<br><br>v.<br><br>ALBERTSONS, LLC d/b/a ALBERTSONS; DOES I – X, and ROE CORPORATIONS I - X, inclusive,<br><br>　　Defendants. | CASE NO.: 2:17-cv-00959-APG-PAL |

**<u>JOINT STATUS REPORT</u>**

1  Pursuant to this Court's Minute Order #69, Defendant, ALBERTSONS, LLC., by and through its counsel of record, and Plaintiff, SILVIA SANDOVAL, by and through her counsel of record, submit this Joint Status Report.

### STATUS OF ACTION

1. The respective parties have globally resolved the above entitled matter on September 27, 2019. The Court ordered that the parties submit a Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties, on or before November 22, 2019. However, the respective parties need additional time to complete the settlement and obtain the settlement documents. Therefore, the parties are requesting an additional 60 days to submit Stipulation and Order to Dismiss this Matter With Prejudice, Leaving No Remaining Parties.

Dated this 19th day of November, 2019.

| DE CASTROVERDE LAW GROUP | BRANDON | SMERBER LAW FIRM |
|---|---|

/s/ Kimberly Valentin, Esq.
**ALEX J. DE CASTROVERDE, ESQ.**
Nevada Bar No. 6950
**ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
**KIMBERLY VALENTIN, ESQ.**
Nevada Bar No. 12509
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff,
SILVIA SANDOVAL

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
Attorneys for Defendant,
ALBERTSONS, LLC

**IT IS SO ORDERED**

**DATED:** December 02, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**