LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
KRIS D. KLINGENSMITH, ESQ.
Nevada Bar No. 13904
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2967 - *facsimile*
*l.brandon@bsnv.law*
Attorneys for Defendant,
ALBERTSONS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SILVIA SANDOVAL,

    Plaintiff,

v.

ALBERTSONS, LLC d/b/a ALBERTSONS; DOES I – X, and ROE CORPORATIONS I - X, inclusive,

    Defendants.

CASE NO.: 2:17-cv-00959-APG-BNW

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///
///
///
///
///

respective fees and costs incurred.

DATED this 19 day of Dec., 2019.

| DE CASTROVERDE LAW GROUP | BRANDON | SMERBER LAW FIRM |
|---|---|

ALEX J. DE CASTROVERDE, ESQ.
Nevada Bar No. 6950
**ORLANDO DE CASTROVERDE, ESQ.**
Nevada Bar No. 7320
**KIMBERLY VALENTIN, ESQ.**
Nevada Bar No. 12509
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff,
SILVIA SANDOVAL

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
139 E Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
ALBERTSONS, LLC

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**IT IS FURTHER ORDERED** that the Cost Bond, if any, be released to Plaintiff and/or Plaintiff's attorney.

United States District Judge
Dated: December 26, 2019.

*Respectfully submitted by:*
**BRANDON | SMERBER LAW FIRM**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
139 E. Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
ALBERTSONS, LLC